## STATE OF CONNECTICUT *v.* FLORIAN BANGULESCU

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 26 (AC 21881), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Michael Stone*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided December 30, 2003

## STATE OF CONNECTICUT *v.* MICKEY MINOR

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 87 (AC 22709), is denied.

*Gerald E. Bodell*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided December 30, 2003

## STATE OF CONNECTICUT *v.* DAVID BRIDGES

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 903 (AC 22875), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.